Memorandum Decisions.

Seaboard Air Line Railway Company, a corporation under the laws of Virginia, and E. D. Kyle and J. D. Pirong, Appellants, v. L. A. Chitwood, C. A. Ethridge, O. A. Willis, W. D. Willis, H. W. Hart, Joseph Middleton and R. P. Brinn, Appellees.

In Banc.

Appeal from Circuit Court, Gadsden county; John W. Malone, Judge.

Geo. P. Raney for appellants.

John C. Avery for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The appeal is dismissed on motion of counsel for the appellants.